# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**ERAN SHEMESH,**<br><br>　　　　　Defendant. | Civ. No. 20-16305 (KM)(ESK)<br><br>**ORDER** |

**KEVIN MCNULTY, U.S.D.J.:**

　　This matter having come before the Court on the United States' motion (DE 5) for default judgment; and the Court having considered the submissions of the Plaintiff; and for the reasons stated in the accompanying Opinion, and good cause appearing therefor;

　　**IT IS** this 19th day of August 2021,

　　**ORDERED** that

1. The motion of the United States (DE 5) for Default Judgment is **GRANTED**; and
2. **JUDGMENT** is entered in favor of the United in the amount of $36,630.01 (inclusive of a late-payment penalty of $4,418.58, in addition to the FBAR penalty assessment of $31,475.00, and pre-judgment interest of $736.43); and
3. **JUDGMENT** is further entered for accrued prejudgment interest on the FBAR penalty assessment as provided by 31 U.S.C. § 3717(a)(1) and accrued late-payment penalties under 31 U.S.C. §3717(e)(2) from and after March 22, 2021 and to the date of entry of this judgment.  Post-judgment interest on the FBAR penalty assessment shall accrue pursuant to 28 U.S.C. § 1961(a) and post-judgment late-payment penalties shall accrue pursuant to 31

U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a) and 901.9, until the judgment is paid in full.

/s/ Kevin McNulty

_____

**Kevin McNulty**
**United States District Judge**